PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Jun 15, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-mj-00046-BAM |
|---|---|
| Plaintiff, | ORDER TO UNSEAL COMPLAINT |
| v. | |
| Isidro Zuriel CRUZ-Vizcarra, | |
| Defendant. | |

The Complaint was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed and be made public record.

DATED: __Jun 15, 2022__          ----------------------------------------
                                  HON. ERICA P. GROSJEAN
                                  UNITED STATES MAGISTRATE JUDGE